IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL DISIPIO, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | 02-2620 |
| | : | |
| v. | : | |
| | : | |
| EXPERIAN INFORMATION SOLUTIONS, INC., CBA INFORMATION SERVICES, and WFNNB/CHARMING SHOPPES, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this         day of August, 2002, upon consideration of the Motion of Robert J. Martin, Esquire and Defendant Experian Information Solutions, Inc. ("Experian") for the Admission Pro Hac Vice of Shweta Gupta, Esquire, to appear on behalf of Defendant Experian in this action, it is hereby ORDERED that the Motion is GRANTED and Shweta Gupta, Esquire, is admitted to practice before this Court Pro Hac Vice as co-counsel on behalf of Defendant Experian in this action only.  See Local Rules of Civil Procedure 83.5 and 83.5.2

BY THE COURT:

_____
J. CURTIS JOYNER, J.