:\FORMS\

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL DISIPIO                                    CIVIL ACTION

      v.

EXPERIAN INFORMATION SOLUTIONS,
INC, ET AL

                                        02-2620

**O R D E R**

AND NOW, this 16TH day of SEPTEMBER, 2002, it is Ordered that this matter is **SCHEDULED** for a RULE 16 conference in chambers before the Honorable J. Curtis Joyner, on **OCTOBER 2, 2002** at 9:15AM in Room 8TH FLOOR - room 8613.

PS: If counsel is not available at this time and wish to reschedule or change this to a telephone conference - that party shall contact the Deputy Clerk (267-299-7419) and coordinate a new date and time for all parties. Plaintiff is to notify all parties of this conference.

ATTEST:                                    or     BY THE COURT


BY:   ANGELA J. MICKIE
        Deputy Clerk                          Judge

Civ 12 (9/83)