**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MICHAEL DISIPIO                     :              CIVIL ACTION

                                    :

                VS                  :

                                    :

EXPERIAN INFORMATION SOLUTIONS,
INC., ET AL                                        02-2620

<u>ORDER</u>

**AND NOW,** this 26TH day of FEBRUARY, 2003 it is hereby

**ORDERED** that the above captioned matter is referred

to U.S. Magistrate Judge THOMAS J. RUETER, in accordance

with 28 U.S.C. § 636 (b) (1) (A), for the exploration of

settlement.

          **AND IT IS SO ORDERED.**

                         _____
                           J. CURTIS JOYNER,              J.

SET AFTER 1/22/03