IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL DISIPIO, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | 02-2620 |
| | : | |
| v. | : | |
| | : | |
| EXPERIAN INFORMATION SOLUTIONS, INC., CBA INFORMATION SERVICES, and WFNNB/CHARMING SHOPPES, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this        day of February, 2003, upon consideration of the Defendant CBA Information Services' Unopposed Motion for Continuance of Trial (Document No. 11), it is hereby ORDERED that the Motion is GRANTED.  See Local Rules of Civil Procedure 7.1(c).

This matter will be placed in the trial pool on April 14, 2003.

BY THE COURT:

_____
J. CURTIS JOYNER, J.