W:\FORMS\

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL DISIPIO | : | CIVIL ACTION |
| v. | : | |
| EXPERIAN INFORMATION SOLUTIONS, et al. | : | NO. 02-CV-2620 |

<u>ORDER</u>

AND NOW, this 9th day of MARCH, 2003, it is Ordered that this matter is listed as a backup case to begin trial on April 14, 2003 at 10:30 a.m. before the Honorable J. Curtis Joyner in Courtroom 8B - 8th floor.

ATTEST:                    or        BY THE COURT:


BY:  ANGELA J. MICKIE                      _____
     Deputy Clerk                               Judge


**Civ 12 (9/83)**