IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
MICHAEL DISIPIO                  : CIVIL ACTION
                                 :
        vs.                      :
                                 : NO. 02-CV-2620
EXPERIAN INFORMATION             :
SOLUTIONS, INC.,                 :
CBA INFORMATION SERVICES,        :
and WFNNB/CHARMING SHOPPES       :
```

**ORDER**

     AND NOW, this _____ day of March, 2003, it having been reported that the issues between the parties in the above action have been settled and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is hereby ORDERED that the above action is DISMISSED with prejudice, pursuant to the agreement of counsel, without costs.

                                              BY THE COURT:

                                              _____
                                              J. CURTIS JOYNER,      J.